# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SUZANNA SUKIASYAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, STARBUCKS CORPORATION; and DOES 1 to 12,<br><br>Defendants. | Case No. 2:18-cv-10356 R (GJSx)<br><br>**JUDGMENT GRANTING DEFENDANT TARGET CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

This matter came for hearing before this Court on November 18, 2019, the Honorable R. Gary Klausner, District Judge Presiding, on a Motion for Summary Judgment by defendant Target Corporation. The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

///

///

1     IT IS ORDERED AND ADJUDGED that plaintiff Suzanna Sukiasyan take nothing, that this action be dismissed on the merits with prejudice, and that defendant Target Corporation recover its costs.

Dated: November 27, 2019

*/s/ Gary Klausner*
HON. R. GARY KLAUSNER
United States District Court Judge